IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

ERNEST OBIAGWU,                                              *

          Plaintiff,                                   *

v.                                                                    Case No.  5:24-cv-00198-CAR

                                                *

BALDWIN MEMORIAL CREMATORY et al.,

                                                *

          Defendants.                                *

                                                *

## **J U D G M E N T**

Pursuant to this Court's Order dated March 12, 2026, and for the reasons stated therein, JUDGMENT is hereby entered in favor of Defendants.  Plaintiff shall recover nothing of Defendants.  Defendants shall also recover costs of this action.

This 12th day of March, 2026.

                                     David W. Bunt, Clerk


                                     s/ Erin Pettigrew, Deputy Clerk