IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

ERNEST OBIAGWU,                      :
                                     :
    Plaintiff,                       :
                                     :
    v.                               :        Case No. 5:24-CV-198-CAR
                                     :
BALDWIN MEMORIAL                     :
CREMATORY, MOORES FUNERAL            :
HOME AND CREMATORY,                  :
STEWART COUEY, COLETTE               :
LEWIS MITCHELL, CORRECTLIFE          :
BOSTICK LLC,                         :
                                     :
    Defendants.                      :
                                     :

**ORDER DENYING PLAINTIFF'S MOTION TO PROCEED IFP ON APPEAL**

Before the Court is *pro se* Plaintiff Ernest Obiagwu's Motion to Proceed In Forma

Pauperis on Appeal [Doc. 98-1]. Plaintiff has not attached an affidavit to his Motion,[1] and

Plaintiff has not previously been permitted to proceed in forma pauperis in this action.[2]

Unless a party has received prior approval in the action,[3] Fed. R. App. P. 24(a)(1)(A)

requires a party who desires to proceed in forma pauperis to "file a motion in the district

---

[1] [Doc. 98].

[2] Also, Plaintiff has not paid the complaint filing fee or the administrative fee to the Clerk of this Court. *See* 28 U.S.C. § 1914(a),(b).

[3] See Fed. R. App. P. 24(a)(1),(3).

1

court[]" and "attach an affidavit that[] . . . shows in the detail prescribed by Form 4 of the

Appendix of Forms the party's inability to pay or to give security for fees and costs[.]"[4]

Because Plaintiff has failed to attach an affidavit that complies with Fed. R. App. P.

24(a)(1)(A) to his Motion, the Court **DENIES WITHOUT PREJUDICE** Plaintiff's Motion

[Doc. 98-1].

      **SO ORDERED,** this 24th day of March, 2026.

                       s/ C. Ashley Royal_____
                       C. ASHLEY ROYAL, SENIOR JUDGE
                       UNITED STATES DISTRICT COURT

---

[4] Fed. R. App. P. 24(a)(1)(A). 28 U.S.C.A. § 1915(a)(1) also provides that a person who wishes to proceed IFP must "submit[] an affidavit that includes a statement of all assets such prisoner possesses that the person is unable to pay such fees or give security therefor[.]" 28 U.S.C. § 1915(a)(1).