IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| ERNEST OBIAGWU, | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | **Case No. 5:24-CV-198-CAR** |
| | : | |
| BALDWIN MEMORIAL | : | |
| CREMATORY, MOORES FUNERAL | : | |
| HOME AND CREMATORY, | : | |
| STEWART COUEY, COLETTE | : | |
| LEWIS MITCHELL, CORRECTLIFE | : | |
| BOSTICK LLC, | : | |
| | : | |
| **Defendants.** | : | |
| | : | |

## <u>ORDER DENYING PLAINTIFF'S RENEWED MOTION TO PROCEED IFP ON APPEAL</u>

Before the Court is *pro se* Plaintiff Ernest Obiagwu's Renewed Motion to Proceed

In Forma Pauperis on Appeal [Doc. 108].[1] Plaintiff has not previously been permitted to

proceed *in forma pauperis* in this action.[2] Previously, the Court denied without prejudice

---

[1] Plaintiff filed four previous versions of his Renewed Motion. See Docs. 103, 104, 105, 106. Defendant Collette Lewis-Mitchell filed her Response to Plaintiff's earlier filed Renewed Motions. Doc. 107. In response, Plaintiff edited paragraph three of his affidavit. *Compare* Doc. 103 at 2-3 *with* Doc. 108 at 2-3. As a result, the Court will only evaluate Plaintiff's most recently filed Renewed Motion [Doc. 108].

[2] Also, Plaintiff has not paid the complaint filing fee or the administrative fee to the Clerk of this Court. *See* 28 U.S.C. § 1914(a),(b).

Plaintiff's original Motion to Proceed In Forma Pauperis on Appeal because Plaintiff failed to attach an affidavit to his Motion in accordance with Fed. R. App. P. 24(a)(1).[3]

Plaintiff's Renewed Motion fares no better. Unless a party has received prior approval in the action,[4] Fed. R. App. P. 24(a)(1)(A) requires a party who desires to proceed in forma pauperis to "file a motion in the district court[]" and "attach an affidavit that: (A) shows in the detail prescribed by Form 4 of the Appendix of Forms the party's inability to pay or to give security for fees and costs; (B) claims an entitlement to redress; and (C) states the issues that the party intends to present on appeal."[5] Here, Plaintiff's affidavit fails to (a) show the financial details required by Form 4 of the Appendix of Forms; (b) claim an entitlement to redress; or (c) state the issues he intends to present on appeal. Because Plaintiff has again failed to attach an affidavit that complies with Fed. R. App. P. 24(a)(1) to his Motion, the Court **DENIES** Plaintiff's Motion [Doc. 108]. Any further requests to proceed *in forma pauperis* on appeal should be directed, on motion, to the United States Court of Appeals for the Eleventh Circuit pursuant to Rule 24 of the Federal Rules of Appellate Procedure.

---

[3] Doc. 100.

[4] See Fed. R. App. P. 24(a)(1),(3).

[5] Fed. R. App. P. 24(a)(1)(A). 28 U.S.C.A. § 1915(a)(1) also provides that a person who wishes to proceed IFP must "submit[] an affidavit that includes a statement of all assets such prisoner possesses that the person is unable to pay such fees or give security therefor[.]" 28 U.S.C. § 1915(a)(1).

**SO ORDERED,** this 16th day of April, 2026.

s/ C. Ashley Royal
C. ASHLEY ROYAL, SENIOR JUDGE
UNITED STATES DISTRICT COURT