IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

ERNEST OBIAGWU,                          :
                                         :
   Plaintiff,                          :
                                         :
   v.                                  :       Case No. 5:24-CV-198-CAR
                                         :
BALDWIN MEMORIAL                         :
CREMATORY, MOORES FUNERAL  :
HOME AND CREMATORY,                      :
STEWART COUEY, COLETTE                   :
LEWIS MITCHELL, CORRECTLIFE  :
BOSTICK LLC,                             :
                                         :
   Defendants.                         :
                                      :

## ORDER

At the time the Court issued its Order Denying Plaintiff's Motion to Proceed IFP on Appeal [Doc. 100] and its Order Denying Plaintiff's Renewed Motion to Proceed IFP on Appeal [Doc. 110], the docket reflected Plaintiff had not paid the Complaint filing fee and the administrative fee to the Clerk of Court. On April 23, 2026, the Court learned Plaintiff in fact paid these fees to the Clerk of Court on June 24, 2024. Thus, the Court **STRIKES** footnote 2 in both previous Orders stating "Plaintiff has not paid the complaint filing fee or the administrative fee to the Clerk of this Court" [Docs. 100, 110]. These corrections in no way change the substance of the Court's previous Orders [Docs. 100, 110].

1

**SO ORDERED,** this 27th day of April, 2026.

s/ C. Ashley Royal
C. ASHLEY ROYAL, SENIOR JUDGE
UNITED STATES DISTRICT COURT